**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000077
12-MAY-2022
08:03 AM
Dkt. 30 OGMD**

NO. CAAP-22-0000077

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

VH, Plaintiff-Appellant, v.
PB, Defendant-Appellee.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 14-1-003K)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of Plaintiff-Appellant VH's April 29, 2022 Motion to Dismiss Appeal, the papers in support, the record, and there being no opposition, it appears that (1) VH seeks to dismiss this docketed appeal; and (2) the requested relief is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, May 12, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge